### 18891. DELL *et al. v.* SUGGS.

DUCKWORTH, Chief Justice. Since the amended petition, seeking to recover an alleged partner's share of profits realized by a partnership of which he was a member in the operation of a real-estate brokerage business, alleges that the partnership was duly licensed, which means a license in complete conformity with Code § 84-1415, thus completely rebutting any contention that the petitioner unlawfully operated and hence can

526

not recover, a cause of action is alleged, and the court did not err in overruling the general demurrer.

*Judgment affirmed. All the Justices concur.*

ARGUED FEBRUARY 16, 1955—DECIDED APRIL 1, 1955.

*Johnson, Hatcher & Meyerson, Henry M. Hatcher, Jr.,* for plaintiffs in error.

*Noah J. Stone, Joseph J. Fine, F. H. Boney,* contra.